B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (For Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>David Hernandez<br>414 E. 238th Pl.<br>Carson, CA 90745 | **DEFENDANTS**<br>Bank of America, N.A. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Roger D. Stacy<br>The Solutions Law Center APC<br>8050 Florence Ave<br>Suite 14<br>Downey, CA 90240<br>(562) 806-5769 Fax: (562) 806-5784 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>[X] Debtor   [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor   [ ] U.S. Trustee/Bankruptcy Admin<br>[X] Creditor  [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION - COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF THE SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF BANK OF AMERICA, N.A. PURSUANT TO 11 U.S.C. §506(a)**

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[X] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ **0.00** |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>David Hernandez | | BANKRUPTCY CASE NO.<br>2:11-bk-17148 |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Ellen Carroll |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Roger D. Stacy<br>Roger D. Stacy | | |
| DATE<br>3/10/2011 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Roger D. Stacy | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone and Fax Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Roger D. Stacy<br>8050 Florence Ave<br>Suite 14<br>Downey, CA 90240<br>(562) 806-5769 Fax: (562) 806-5784<br>California State Bar Number: 208500<br><br>*Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>David Hernandez<br><br>Debtor. | CHAPTER  13<br><br>CASE NUMBER 2:11-bk-17148-EC<br><br>ADVERSARY NUMBER |
|---|---|
| David Hernandez<br>Plaintiff(s),<br>vs.<br>Bank of America, N.A.<br>Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only)(Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE<br>OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** | **Time:** | **Courtroom:** | **Floor:** |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: _____
*Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)

**F 7004-1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re |  |
|---|---|
| David Hernandez<br>Debtor(s). | CASE NO: **2:11-bk-17148** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8050 Florence Ave
Suite 14
Downey, CA 90240

A true and correct copy of the foregoing document described as __Summons and Notice of Status Conference__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**Chapter 13 Trustee - Kathy A. Dockery: efiling@ch13la.com**
**United States Trustee (LA): ustpregion16.la-ecf#usdoj.gov**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Ellen Carroll**
**255 E. Temple Street**
**Suite 1634**
**Los Angeles, CA 90012**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)    **F 7004-1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Summons and Notice of Status Conference - *Page 2*    **F 7004-1**

| In re David Hernandez Debtor(s). | CASE NO: **2:11-bk-17148** |
|---|---|

## ADITIONAL SERVICE INFORMATION:

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Bank of America N.A.
4161 Piedmont Pkwy
Greensboro, NC 27410

Brian Moynihan – President/CEO
Bank of America
100 North Tryon Street
Charlotte, NC 28255

David Hernandez
414 E. 238th Pl
Carson, CA 90745

C T CORPORATION SYSTEM
Agent for Service of Process for
Bank of America National Association
818 W. 7th Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

February 2010 (COA-SA)    **F 7004-1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

Roger D. Stacy (State Bar No. 208500)
**THE SOLUTIONS LAW CENTER**
8050 Florence Ave, Suite 14
Downey, CA 90240
Tel: (562) 806-5728
Fax: (562) 806-5784

Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>**DAVID HERNANDEZ**<br><br>Debtor(s).<br><br>**DAVID HERNANDEZ**<br><br>Plaintiff(s)<br><br>vs.<br><br>**BANK OF AMERICA, N.A.**<br><br>Defendant(s) | **CASE NO. 2:11-bk-17148-EC**<br>Chapter 13<br><br>**COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF THE SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF BANK OF AMERICA CORP HOME LOANS PURSUANT TO 11.U.S.C. §506(a)** |

**TO THE DEFENDANT AND ALL OTHER INTERESTED PARTIES,**

Debtor David Hernandez allege as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157, 1334(a) and General Order No. 266 of the United States District Court for the Central District of California.

2. This adversary proceeding arises out of and is related to the above-captioned Chapter 13 case of David Hernandez, 2:11-bk-17148-EC, which was filed and is now pending in the U.S. Bankruptcy Court of the Central District of California, Los Angeles.

3. Plaintiff, David Hernandez was at all times pertinent hereto adult residents of Los Angeles County.

---

-1-
COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY AND EXTINGUISH LIEN PURSUANT TO
11.U.S.C.§506(a)

4. Defendant Bank of America, N.A. was at all times pertinent hereto a Corporation doing business in California.

5. The basis for this action is lack of equity in the encumbered real property that is the debtor's principal residence.

### FIRST CLAIM FOR RELIEF

**[Valuation of the Security Pursuant to 11. U.S.C. §506 and FRBP 3012]**

6. The debtor is the owner of the real property located at 414 E. 238th Pl, Carson CA 90745(the "Subject Property"). See *Exhibit 1 – Grant Deed.*

7. As of the date of filing, the fair market value of the Subject Property is $281,000.00 as described in the appraisal attached hereto as *Exhibit 4.*

8. Pursuant to 11. U.S.C. §506(a) and (d) and Fed. R. Bankr. Proc. 3012, Plaintiffs request that the Court determine the value of the Subject Property to be $281,000.00.

### SECOND CLAIM FOR RELIEF

**[Determination of the Nature and Extent of the Lien Held by CitiMortgage, Inc. pursuant to 11 U.S.C. §506 and FRBP 3012]**

9. CitiMortgage Inc. has a senior claim of $298,862.95 that is secured by a deed of trust against the Subject Property. See *Exhibit 2 – Mortgage Statement.*

10. Pursuant to 11 U.S.C. §506(a), (b), (c) and (d) and Fed. R. Bankr. Proc. 3012, Plaintiffs request that the Court determine that the senior lien held by CitiMortgage, Inc. on the Subject Property is $298,862.95.

### THIRD CLAIM FOR RELIEF

**[Determination of the Nature of the Bank of America N.A. pursuant to 11 U.S.C. §506 and FRBP 3012]**

11. The amount of the claim which the lien at issue secures is approximately $88,305.08. Said lien is a junior deed of trust held by Bank of America N.A. against the Subject Property. See *Exhibit 3- Home Equity Account Statement.*

12. Pursuant to 11 U.S.C. §506(a) and (d) and Fed. R. Bankr. Proc. 3012, Plaintiffs request that the Court determine that the junior lien held by Bank of America N.A. on the Subject Property is in

second priority behind the senior lien of CitiMortgage Inc., and that the secured portion of the junior lien on the Subject Property is $0.00 and is therefore completely unsecured.

## FOURTH CLAIM FOR RELIEF

**[Extinguishment of the Bank of America N.A. Lien pursuant to 11. U.S.C. §506 and §1322(b)]**

13. A Chapter 13 debtor may strip a mortgage lien on his or her principal residence if the lien is completely unsecured. See In re Zimmer (9th Cir. 2002) 313 F.3d 1220, 1222-1225.

14. Pursuant to §506(a) and (d) of the Bankruptcy Code, §201.3 and 7001(2) of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 9013-1, the debtors seek to strip the junior mortgage lien held by Bank of America, N.A. against the real property located at 414 E. 238th Place, Carson CA 90745 and to treat creditor's claim as entirely unsecured.

15. Plaintiffs request an order from the Court which extinguishes the lien of Bank of America N.A. against the Subject Property, and declares that the lien is of no further force and effect as a secured lien against the Subject Property upon Plaintiffs' completion of payments under the plan and issuance of discharge.

WHEREFORE, Plaintiffs request that the Court enter a judgment which:

1. Determines the value of the Subject Property to be $281,000.00;
2. Determines the senior lien of CitMortgage Inc. is secured in the amount of $298,862.95;
3. Determines that the junior lien of Bank of America N.A. is wholly unsecured;
4. Extinguishes the junior lien of Bank of America N.A. and permits modification of their claim under §1322(b)(2); and
5. For such other and further relief as this Court deems just and proper.

Dated: March 10, 2010

By: ____/s/ Roger D. Stacy____
Roger D. Stacy, Esq.
The Solutions Law Center
8050 Florence Ave, Suite 14
Downey, CA 90240
Counsel for Debtor

-3-

COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY AND EXTINGUISH LIEN PURSUANT TO
11.U.S.C.§506(a)